**EXHIBIT A**

# WARRANT IN DEBT — SMALL CLAIMS DIVISION
Commonwealth of Virginia  VA. CODE § 16.1-79; 16.1-122.3

**WASHINGTON COUNTY**
CITY OR COUNTY

COPY

**191 EAST MAIN STREET, ABINGDON, VA 24210**
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

**10-21-19 @ 10:30 am** to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

**9-16-19**                    _Sara Toothman_
DATE ISSUED                    [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ **2,000.00** net of any credits, with interest at ........ % from .................. until paid.
                                              INTEREST RATE    DATE FROM WHICH IS DUE

$ **56.00** costs with the basis of this claim being
COSTS

[ ] Open Account  [ ] Contract  [ ] Note  [ ] Other (EXPLAIN) ...........................

HOMESTEAD EXEMPTION WAIVED?  [ ] YES   [ ] NO   [ ] cannot be demanded

**9-16-19**                    _Eddy_____
DATE                          [X] PLAINTIFF    [ ] PLAINTIFF'S EMPLOYEE

**CASE DISPOSITION**
[ ] JUDGMENT that the Plaintiff(s) recover against [ ] named Defendant(s) [ ] ..................
$ .......... net of any credits, with interest at ........ % from .................. until paid.
                                    INTEREST RATE    DATE FROM WHICH IS DUE

$ .......... costs
COSTS
HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..................
[ ] NON-SUIT  [ ] DISMISSED ..................
Defendant(s) Present?  [ ] YES
                       [ ] NO
[ ] Indemnifying bond of $ .................. [ ] secured [ ] unsecured required for lost instrument
                                                          (Va. Code § 8.01-32)

_____   _____
DATE                    JUDGE

FORM DC-402 (FRONT) 10-07  (A101015 9/09)

---

RETURN DATE: **10-21-19**   CASE NO.: **GV19-2112**

**ABDELMESSIH, EDDY J**
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

**391 Meadow Lark Lane**
**Bluff City, TN 37618**

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

**LisaLynn Wright**
**524 Cherry Hill Drive**
**Abingdon, VA 24210**

## WARRANT IN DEBT — SMALL CLAIMS DIVISION

• • •

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. By law, this case must be tried on the return date above unless all parties agree upon a different date for trial. Other continuances shall be granted by the court only for good cause shown.

• • •

Grounds of Defense ..................
      ORDERED              DUE

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

---

**NEXT HEARING DATE AND TIME**

**10-21-19 @ 10:30 am**

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

.......... DATE
.......... CLERK